IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-286-D

| | | |
|---|---|---|
| SHARON K. OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VANCE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant, | ) | |

Plaintiff's motion for leave to file a second amended complaint [D.E. 11] is GRANTED. Defendant Vance County Board of Education's motion to dismiss the complaint [D.E. 7] is DENIED as moot. Plaintiff's second amended complaint is due no later than October 16, 2015. Defendant may respond to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This 6 day of October 2015.

JAMES C. DEVER III
Chief United States District Judge