IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-286-D

SHARON K. OWENS, )
)
    Plaintiff, )
)
)
v. ) **ORDER**
)
)
VANCE COUNTY BOARD OF )
EDUCATION, )
)
    Defendant.

This matter is before the court on Defendant's renewed motion to seal [DE #32]. Defendant seeks to redact from its publicly filed Answer portions of paragraphs 26, 35 and 37 on the ground that the proposed redacted material is confidential personnel information protected by N.C. Gen. Stat. §§ 115C-319, 115C-320, and 115C-321. Plaintiff has responded in "agree[ment] with Defendant's suggestion that redacting portions of paragraphs 26, 35, and 37 in the public document, and allowing those redacted portions to remain under seal, would be a sufficiently narrowly tailored remedy that would recognize and protect the confidential nature of personnel information concerning non-parties to this action." (Pl.'s Resp. Renewed Mot. Seal [DE #34] at 1.) The court agrees.

Having found that the public has been provided with sufficient notice and an opportunity to object and that the proposed redacted information should not be made available to the public, the court GRANTS Defendant's motion [DE #32] and ORDERS that the previously filed, redacted version of Defendant's Answer [DE #21]

be made available to the public and that the clerk continue to maintain under seal the unredacted version of Defendant's Answer [DE #22].

This 2nd day of June 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge